# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**ANNETTE CAMPISTA**,

      Plaintiff,

  v.

**CREDITORS FINANCIAL GROUP LLC.**,

      Defendant.

Case No. 3:13-cv-00640-SI

**JUDGMENT**

Bret Knewtson, Bret Knewtson, Esq., 3000 N.W. Stucki Place, Suite 230-M, Hillsboro, OR 97124 and Young Walgenkim, Hanson & Walgenkim, LLC, 838 Commercial Street NE, Salem, OR 97301. Attorneys for Plaintiff.

Jeffrey I. Hasson, Davenport & Hasson, LLP, 12707 N.E. Halsey Street, Portland, OR, 97230. Attorneys for Defendant.

**Michael H. Simon, District Judge.**

      This action was resolved through Plaintiff's acceptance of an offer of judgment pursuant to Federal Rule of Civil Procedure 68. Pursuant to that acceptance and the Court's Opinion and Order relating to attorney's fees and costs, it is ordered that plaintiff Annette Campista recover from defendant Creditors Financial Group LLC the amount of $10,000, along with $13,081.32 in attorney's fees and expenses pursuant to 15 U.S.C. § 1692k(a)(3) and $420 in costs pursuant to 28 U.S.C. § 1920. Simple interest shall accrue from the date of this judgment at the rate of 0.13 percent per year.

      DATED this 13th day of January 2014.

      /s/ Michael H. Simon
      Michael H. Simon
      United States District Judge